NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ONE SOURCE TECHNOLOGY, LLC,**
**(doing business as Asurint),**
*Plaintiff-Appellant,*

**v.**

**ROBERT DIFILIPPO,**
*Defendant-Cross Appellant.*

---

2012-1668, -1669

---

Appeal from the United States District Court for the Northern District of Ohio in No. 10-CV-0860, Judge Donald C. Nugent.

---

**JUDGMENT**

---

JONATHAN T. HYMAN, Kohrman Jackson & Krantz P.L.L., of Cleveland, Ohio, argued for plaintiff-appellant. With him on the brief was SEAN P. MALONE.

WAYNE D. PORTER, JR., Law Offices of Wayne D. Porter, Jr., of Cleveland, Ohio, argued for defendant-cross appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

    May 13, 2013             /s/ Jan Horbaly    
        Date                Jan Horbaly
                            Clerk